FILED
NOV 29 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

Jonathan W. Bohn
Pro-Se

vs.

Federal Bureau of Prisons
Greenville, Illinois
LT. Dugdale (male)
Dr. Sears (psychology)

United States District Court
750 Missouri Ave
E. St. Louis, IL 62201

17-1292-JPG

## Complaint

Negligence of said Employee's LT. Dugdale and Dr. Sears of the Federal Bureau of Prisons at Federal Correctional Institute, Greenville, Illinois.

1) Now on 8-22-17, Mr. Bohn was Admitted by Psychology "Dr. Sears" to be placed on suicide watch in a secured suicide room. Mr. Bohn was walked to medical by Dr. Sears meeting LT. Dugdale outside of suicide room where he the LT. stripped Mr. Bohn and his clothing, then searching the room finding it secured and then locking Mr. Bohn inside. Video camera will verify.

2) Now on 8-23-17, LT. Dugdale asks Mr. Bohn to cuff up, LT enters the suicide room searching Mr. Bohn once again and the room satisfied Mr. Bohn and the room is secured, LT Dugdale leaves the room then unhandcuffs Mr. Bohn, this being approximately 12:05 pm.

At approximate time of 12:45pm, Mr. Bohn slices his left wrist 5 times with razor that was in the suicide room. At 1:00pm the suicide companion calls control notifying staff of incident, staff respond finding Mr. Bohn bleeding via 5 cuts to his left wrist. A medical assessment was conducted. Video footage, suicide logbook, and suicide companions will support all findings of incident in the suicide room.

3.) Now since a suicide inmate had access to a razor blade while on suicide watch the staff is hoping that it can be covered up and forgotton. Dr. Sears has went as far as lying and firing of a suicide companion aiming false blame in another direction.

4.) Mr. Bohn was placed on suicide watch in a suicide room, a secured safe haven for a depressed, troubled mind for his own safety by Dr. Sears.

A.) A razor was in that suicide room.

B.) LT Dugdale did search and secure Mr. Bohn and the suicide room not once, but twice.

C.) Mr. Bohn did slice his wrist 5 times

with said RAZOR while under suicide watch in the suicide room.

d) Statements by suicide companions will concur, suicide logbook will verify. Video footage will show evidence stated. Medical records speak the record.

8-22-17 through 8-30-17

I ask the Court to order holding of video footage of dates 8-22-17 through 8-30-17 of Mr. Bohn in the suicide room.

I ask the Court to set a hearing to view and hear the evidence of negligence of said staff at FCI Greenville, Illinois

## Certificate of Oath

I, Jonathan W. Bohn, Inmate at FCI Greenville, Illinois, state the above statements are true and sworned by Jonathan W. Bohn. #08570-025
P.O. Box 5000
Greenville, IL 62246

Dated 11-27-17       Signed Jonathan W Bohn
                                  Jon W. Bohn

Jonathan W. Rohn #08570-035
Federal Bureau of Prisons
Federal Correctional Institute
P.O. Box 5000
Greenville, IL 62246

Legal
Mail

United States District Court Clerk
750 Missouri Ave
E. St. Louis, IL 62201

11-27-17

Legal-Mail

RECEIVED
NOV 29 2017
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE