UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JONATHAN W. BOHN,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, *et al.*,

    Defendants.

Case No. 17-cv-1292-JPG-RJD

## MEMORANDUM AND ORDER

On December 17, 2018, the Court received a "Motion of Withdrawal of Civil Complaint" from plaintiff Jonathan W. Bohn (Doc. 53). The motion indicated Bohn was planning to commit suicide. The Court construed the motion as a motion for voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). Bohn also filed a "Motion In Camera" expressing his desire to "withdraw" this case: "The Plaintiff is withdrawing case # 17-cv-01292-JPG-RJD against Defendant Kenneth Dugdale et al. for reasons stated within" (Doc. 54). The defendants have no objection to voluntary dismissal of this lawsuit (Doc. 57).

Bohn has now filed a motion indicating he never filed a motion to withdraw this case, he objects to the Court's construing his "Motion of Withdrawal of Civil Complaint" as a motion for voluntary dismissal, and he intends to continue prosecuting this case (Doc. 58). The Court construes this motion as a motion to withdraw the "Motion of Withdrawal of Civil Complaint."

In light of Bohn's most recent filing, the Court:

- **GRANTS** Bohn's motion to withdraw his "Motion of Withdrawal of Civil Complaint" (Doc. 58);

- **DENIES as moot** Bohn's "Motion of Withdrawal of Civil Complaint" (Doc. 53) in light of the fact that it has been withdrawn;

- **DENIES** Bohn's "Motion In Camera" (Doc. 54); and

- **DIRECTS** the Clerk of Court to place pages 9-13 of Doc. 54 under seal as they contain confidential psychological records.

**IT IS SO ORDERED.**
**DATED: January 17, 2019**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**