UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JONATHAN W. BOHN,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS, LT.<br>DUGDALE and DR. SEARS,<br><br>Defendants. | Case No. 17-cv-1292-JPG-RJD |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 68) of Magistrate Judge Reona J. Daly recommending that the Court grant defendant Lt. Dugdale's motion for summary judgment because he failed to exhaust administrative remedies before filing this lawsuit (Doc. 29) and dismiss this case without prejudice.

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report.[1] The Court has reviewed the entire file and finds that the Report is not clearly erroneous. Accordingly, the Court hereby:

---

[1] The Court has allowed additional time for objections from plaintiff Jonathan W. Bohn because of a delay in sending him the Report. The Court originally sent the Report to Bohn on March 7, 2019, at his address on file at that time. The following day, the Court received a notice of change of address from Bohn (Doc. 69), so on March 11, 2019, it resent the Report to the new address. The Court waited a full month beyond sending the Report to Bohn at his proper address to give him adequate time to file an objection, but he has not done so.

- **ADOPTS** the Report in its entirety (Doc. 68);

- **GRANTS** Dugdale's motion for summary judgment;

- **DISMISSES** this case **without prejudice**; and

- **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED:   April 22, 2019**

                                              s/ J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**