UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JONATHAN W. BOHN,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS, LT. DUGDALE and DR. SEARS,<br><br>    Defendants. | Case No. 17-cv-1292-JPG-RJD |

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that all claims against defendant Federal Bureau of Prisons are dismissed with prejudice; and

IT IS FURTHER ORDERED AND ADJUDGED that the following claims are dismissed without prejudice:

- Count 1: Eighth Amendment deliberate indifference claim against Lt. Dugdale for confining Plaintiff in a suicide watch cell that contained a razor blade; and

- Count 2: Eighth Amendment deliberate indifference claim against Dr. Sears for confining Plaintiff in a suicide watch cell that contained a razor blade.

**DATED:** April 22, 2019

                                          **MARGARET M. ROBERTIE, Clerk of Court**

                                          **s/Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**